1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

RAJOHN CHARLES DOUGLAS,

Petitioner,

v.

SEAN MOORE, Acting Warden,

Respondent.

Case No. CV 21-7008 CJC (PVC)

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, Respondent's Motion to Dismiss, all the records and files herein, and the Magistrate Judge's Report and Recommendation.  The time for filing Objections to the Report and Recommendation has passed and no Objections have been received.  Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that the Motion to Dismiss is granted.  The Petition is denied, and Judgment shall be entered dismissing this action without prejudice pursuant to the *Younger* abstention doctrine.

1     IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the

2  Judgment herein on Petitioner at his current address of record and on counsel for

3  Respondent.

4

5     LET JUDGMENT BE ENTERED ACCORDINGLY.

6

7  DATED:  December 9, 2022

8

9  _____

10  CORMAC J. CARNEY
   UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28