JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAJOHN CHARLES DOUGLAS, | Case No. CV 21-7008 CJC (PVC) |
| Petitioner, | |
| v. | **JUDGMENT** |
| SEAN MOORE, Acting Warden, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice pursuant to the *Younger* abstention doctrine.

Dated: December 9, 2022

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE